UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

America's Servicing Company

   v.                                         Civil No. 12-cv-486-LM

United States of America, et al.

O R D E R

Plaintiff has filed a motion pursuant to LR 67.2(b), to deposit interpleader funds into this court and be dismissed from the case (doc. no. 16). No objection has been filed. It is hereby ORDERED that:

1. The plaintiff, America's Servicing Company, is permitted to deposit surplus funds in the amount of $15,544.22 plus interest into the Court Registry Investment System pursuant to LR 67.2(b)(1)(A).

2. The plaintiff, American Servicing Company, is dismissed from this case.

   SO ORDERED.

                                     _____
                                     Landya B. McCafferty
                                     United States Magistrate Judge

April 17, 2013

cc:   Lynmarie C. Cusack, Esq.
      Andrea A. Kafka, Esq.
      Andrea Lasker, Esq.